UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUSTIN CLOUTIER,

      Plaintiff,

v.                                              Case No.: 3:23-cv-1480-WWB-PDB

J-QUINT LLC,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying ("**Motion to Proceed**," Doc. 2). United States Magistrate Judge Patricia D. Barksdale submitted a Report and Recommendation (Doc. 6), in which she recommends that the case be dismissed for lack of subject-matter jurisdiction and the Motion to Proceed be terminated.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice** but without leave to amend.

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on March 5, 2024.


_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party